UNITED STATES DISCTRICT COURT
FOR THE
DISTRICT OF VERMONT

Rosanne Greco, et al.  )
    Plaintiffs,  )
         )
v.  )  No.: 2:18-cv-00169-cr
         )
Department of the Air Force,  )
    Defendant.  )

## STIPULATED MOTION FOR DISMISSAL

The parties hereby stipulate to issuance of an order pursuant to F.R.C.P. 41(a) dismissing this action. Each party shall bear its own costs.

Date: April 16, 2019

_James A. Dumont_
James A. Dumont, Esq.
15 Main Street
PO Box 229
Bristol, VT 05443
802.453.7011
dumont@gmavt.net

Date: April 16, 2019

_Julia Torti_
Julia Torti, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Vermont
11 Elmwood Avenue, 3rd Floor
Burlington, VT 05401
802-951-6725
julia.torti@usdoj.gov

So Ordered:

_____  _____
                        Date